# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

In re:  Johnny L. Hughes           *           Misc. No.  23-MC-500

\* \* \* \* \* \* \* \* \*

## RESOLUTION

WHEREAS, after a career of more than twenty-two years as the United States Marshal for the District of Maryland, Johnny L. Hughes is retiring; and,

WHEREAS, Johnny Hughes has demonstrated his commitment to the United States District Court for the District of Maryland through his exemplary service in the care and protection of our judges, staff, and litigants in the District of Maryland;

NOW, THEREFORE, BE IT RESOLVED, this 29th day of September 2023, by the United States District Court for the District of Maryland, that this Court hereby expresses its gratitude and appreciation to Johnny Hughes for his outstanding service that has been of great benefit to the United States and to this Court.

The Clerk is directed to prepare this Resolution for presentation to Johnny Hughes and to file a certified copy among the records of this Court.

---

**James K. Bredar**
Chief U.S. District Judge

**Richard D. Bennett**
U.S. District Judge

**Catherine C. Blake**
U.S. District Judge

**Deborah L. Boardman**
U.S. District Judge

**Deborah K. Chasanow**
U.S. District Judge

**Theodore D. Chuang**
U.S. District Judge

**Stephanie A. Gallagher**
U.S. District Judge

**Lydia K. Griggsby**
U.S. District Judge

**Ellen L. Hollander**
U.S. District Judge

**Peter J. Messitte**
U.S. District Judge

**Julie R. Rubin**
U.S. District Judge

**George L. Russell, III**
U.S. District Judge

**Paula Xinis**
U.S. District Judge

**Timothy J. Sullivan**
Chief U.S. Magistrate Judge

**Adam B. Abelson**
U.S. Magistrate Judge

**C. Bruce Anderson**
U.S. Magistrate Judge

**A. David Copperthite**
U.S. Magistrate Judge

**J. Mark Coulson**
U.S. Magistrate Judge

**Susan K. Gauvey**
U.S. Magistrate Judge

**Beth P. Gesner**
U.S. Magistrate Judge

**Brendan A. Hurson**
U.S. Magistrate Judge

**Matthew J. Maddox**
U.S. Magistrate Judge

**Ajmel A. Quereshi**
U.S. Magistrate Judge

**Jillyn K. Schulze**
U.S. Magistrate Judge

**Gina L. Simms**
U.S. Magistrate Judge